# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161655(43)

ARTHUR ORMONDE PRICE, JR.,
　　　　　Plaintiff-Appellant,

v

SAMUEL ONEAL AUSTIN and L & B
CARTAGE, INC., d/b/a OMNI QUALITY
INSPECTION SERVICES,
　　　　　Defendants-Appellees.
_____/

SC: 161655
COA: 346145
Saginaw CC: 17-032666-NI

　　　　On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before April 7, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2021



Clerk